# THE LAW OFFICES OF
# Richard J. DaVolio, P.C.

ATTORNEY AT LAW

160 Main Street Suite 104

E-mail
Richard.davolio@rJdpclaw.com

Sayville, New York  11782

(631) 569-3070

FACSIMILE (631) 207-2108

VIA ECF

January 29, 2019

Honorable Magistrate Judge Vera M. Scanlon
United States Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

   Re: Antonio Boss vs. Grier and Rolling Frito-Lay Sales, L.P.
     18-cv-00309 (RRM) (VMS)

Dear Honorable Magistrate Judge Scanlon:

  Please be advised that by a consent to change attorney executed by the defendants and filed with this court on October 24, 2018, I am no longer the attorney of record for the named defendants.

  As, such, I am requesting your Honor's authorization to remove me as counsel of record for the defendants. The defendants have been represented by counsel throughout the litigation process ad will not be affected by y removal.

  I thank you for your courtesy in this matter.

         Respectfully Submitted,
         The Law Offices of Richard J. DaVolio, P.C.

         *Richard J. DaVolio*
         Richard J. DaVolio (RD1037)